# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| **FREDDY J. RODRIGUEZ DEL RIO,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **EP-20-CV-00217-FM** |
| | § | |
| **COREY PRICE, U.S. Immigration and** | § | |
| **Customs Enforcement El Paso Field** | § | |
| **Office Director; MATTHEW T.** | § | |
| **ALBENCE, Deputy Director of U.S.** | § | |
| **Immigration and Customs Enforcement;** | § | |
| **CHAD F. WOLF, Acting Secretary of** | § | |
| **U.S. Department of Homeland Security;** | § | |
| **WILLIAM BARR, Attorney General of** | § | |
| **the United States,** | § | |
| | § | |
| **Respondents.** | § | |

## ORDER GRANTING SUPERVISED RELEASE

Before the court is "Parties' Plan for Supervised Release of Petitioner Pursuant to the Court's Order of November 3, 2020" ("Proposal") [ECF No. 21], filed November 6, 2020 by Respondents Corey Price, U.S. Immigration and Customs Enforcement ("ICE") El Paso Field Office Director, Matthew T. Albence Director of U.S. Immigration and Customs Enforcement; Chad F. Wolf, Acting Secretary of U.S. Department of Homeland Security; William Barr, Attorney General of the United States; and Petitioner Freddy J. Rodriguez Del Rio (collectively, "Parties"). Therein, the Parties submit a plan for Petitioner's supervised release.[1]

---

[1] "Parties' Plan for Supervised Release of Petitioner Pursuant to the Court's Order of November 3, 2020" ("Proposal") 1, ECF No. 21, filed Nov. 6, 2020.

On November 3, 2020, the court entered an order granting Petitioner's motion for summary judgment and ordering Respondents to release him.[2] The court also recognized the Government's interest in recognizance and requested the Parties submit a plan for Petitioner's release. The Proposal requires Petitioner to be subject to electronic monitoring via a GPS ankle bracelet and report to the ICE office in Houston on December 17, 2020.[3] After due consideration of the Proposal, the court approves the Parties' Proposal for Petitioner's supervised release.

Accordingly:

1. It is **HEREBY ORDERED** that "Parties' Plan for Supervised Release of Petitioner Pursuant to the Court's Order of November 3, 2020" ("Proposal") [ECF No. 21] is **APPROVED**.

2. It is **FURTHER ORDERED** Petitioner observe the following release conditions:
   a. Petitioner **SHALL** appear in person at the time and place specified, upon each and every request of ICE, for identification and for removal.
   b. Upon request of ICE, Petitioner **SHALL** appear for medical or psychiatric examination at the expense of the United States Government.
   c. Petitioner **SHALL** report to the ICE service office at 126 Northpoint Drive Houston, TX 77060 in person on **December 17, 2020**.
   d. Petitioner **SHALL** report to ICE any change of residence or employment within 48 hours of such change.
   e. Petitioner **SHALL** assist ICE in obtaining any necessary travel documents by making good faith and timely efforts to obtain a travel document, submitting a complete application for a travel document to all appropriate Embassies or Consulates, and providing ICE a copy of his application(s) for travel documents.
   f. Petitioner **SHALL NOT** associate with criminals or members of a gang that are known to be involved in criminal activity. Nor shall Petitioner commit any crimes or be associated with criminal activity.
   g. Petitioner **SHALL NOT** travel outside Houston Field Office for more than 48 hours without first having notified ICE of the dates and places of such proposed travel.
   h. Petitioner **SHALL NOT** commit any crimes or be associated with criminal activity while released.

---

[2] "Order Granting Petitioner's Motion for Summary Judgment and Denying Respondent's Motion for Summary Judgment" 10—11, ECF No. 20, entered Nov. 3, 2020.

[3] Proposal at 2 ¶ 5.

3.     It is **FURTHER ORDERED** that Petitioner shall be released no later than **November 12, 2020** and shall observe the terms and conditions of the Order of Supervision and Alternatives to Detention Program.

**SIGNED AND ENTERED** this **10th** day of **November 2020**

**FRANK MONTALVO**
**UNITED STATES DISTRICT JUDGE**